IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR51 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DEANDRE L. SMITH, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for relief from judgment and to amend Defendant's § 2255 motion (Filing No. 44).

The Defendant's motion filed under 28 U.S.C. § 2255 has been decided, and the Court denied the Defendant's motion to reconsider. This Court has decided the § 2255 matter.

IT IS ORDERED:

1. The Defendant's motion for relief from judgment and to amend Defendant's § 2255 motion (Filing No. 44) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 7th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge